record can be fully developed. *See Massaro v. United States,* 538 U.S. 500, 504–05, 123 S.Ct. 1690, 155 L.Ed.2d 714 (2003); *United States v. Spence,* 450 F.3d 691, 694 (7th Cir.2006).

Accordingly, counsel's motion to withdraw is GRANTED and the appeal is DISMISSED.

**Twan STEPHENSON, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

**No. 06–2887.**

United States Court of Appeals, Seventh Circuit.

Submitted Aug. 29, 2008.

Decided Oct. 6, 2008.

Twan Stephenson, Pekin, IL, pro se.

Edmond E. Chang, Office of the United States Attorney, Chicago, IL, for Respondent–Appellee.

Before FRANK H. EASTERBROOK, Chief Judge, RICHARD A. POSNER, Circuit Judge, TERENCE T. EVANS, Circuit Judge.

**Order**

The judgment is affirmed. See *Nunez v. United States,* 546 F.3d 450 (7th Cir. 2008).

**Keven L. CARTER, Plaintiff–Appellant,**

v.

**Richard A. MEYERS, et al., Defendants–Appellees.**

**No. 07–3312.**

United States Court of Appeals, Seventh Circuit.

Submitted Oct. 2, 2008.\*

Decided Oct. 7, 2008.

---

\* After examining the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* FED. R.APP. P. 34(a)(2).